

New York Financial District Headquarters
88 Pine Street, 18th Fl, New York, NY 10005
+1 347.897.6199

December 12, 2022

Via ECF
Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Karina Ramirez Perez, et al. v. Junie's Wine & Liquor, Inc.*;
             Case No.: 22-CV-08046 (JMF)

Dear Judge Furman:

     We are counsel for the Defendant in the above-referenced action. We write with the consent of Plaintiffs' counsel to respectfully request a brief adjournment of the Initial Pretrial Conference currently scheduled for December 21, 2022 until a date convenient for the Court in January 2023. The Parties have conferred and note that they are <u>not available</u> on the following dates but are otherwise generally available: January 10 through 18, 20, 24, and 31. Pursuant to Court's Order today and the earlier Scheduling Order, the Parties also request a corresponding extension of time to submit via ECF a joint letter, as well as a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter, no later than the Thursday of the week prior of the rescheduled initial conference.

     Thank you for Your Honor's attention and consideration to this matter.

Application GRANTED. The initial pretrial conference is hereby ADJOURNED to **January 25, 2023**, at **9:00 a.m.** Further extensions are unlikely to be granted.

The Clerk of Court is directed to terminate ECF No. 13.

Respectfully submitted,

Jia Law Group, P.C.

SO ORDERED.

By: _____
Thomas Hsien Chih Kung
(347) 897-6199

/s/ Jesse M. Furman
December 12, 2022

Cc:    All parties of record (via ECF)